H. F. BICKEL, Appellant, v. KANSAS CITY SOUTHERN RAILWAY COMPANY. Respondent.

Springfield Court of Appeals, November 23, 1914.

Appeal from McDonald County Circuit Court.—*Hon. Carr McNatt,* Judge.

*Hugh Dabbs, Edward C. Wright, J. A. Sturges, R. M. Shepard* and *Edwin W. Patterson,* for appellant.

*Cyrus Crane* for respondent.

PER CURIAM.—This case is similar in its facts to that of Ozark Orchard Co. v. Kansas City Southern Ry. Co., 173 Mo. App. 450, 158 S. W. 884. Since the submission of the case, the parties have stipulated that on account of the similarity of the questions involved the same judgment should be entered in this case as in that one.

It is therefore ordered that the judgment be reversed and the cause remanded.